# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James D. Taylor,

    Plaintiff(s),

vs.

United States Of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv11-1-V & 3:94cr40-4-V

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2006 Order.

January 19, 2006

FRANK G. JOHNS, CLERK

BY: *[signature]*
Cynthia Huntley, Deputy Clerk